FILED
MAY 26 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

INTERSPIRO, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-425 C

## PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Interspiro, Inc. ("Interspiro") hereby respectfully moves this Court for permission to file the complaint in the above-captioned matter under seal.[1] The complaint contains confidential and proprietary price and evaluation information that is competitively sensitive and should be protected from public scrutiny. Pursuant to Appendix C of the Rules of this Court, paragraph 6, the complaint has been highlighted in order to indicate confidential or proprietary information. Also, in accordance with the Court's Rules, a proposed redacted version of the complaint is included with this filing.

[1] The Complaint and this motion are filed simultaneously pursuant to Appendix C of the Rules of the United states Court of Federal Claims, paragraph 4.

Dated this 26th day of May, 2006.

Respectfully Submitted,

David R. Hazelton (Counsel of Record)
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Counsel for Plaintiff Interspiro, Inc.

Of Counsel:

Andrew D. Morton
David P. Palmer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2200
Facsimile: (202) 637-2201
Andrew.Morton@lw.com
David.Palmer@lw.com

Kevin A. Russell
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Direct Dial: (312) 876-7693
Facsimile: (312) 993-9767
Kevin.Russell@lw.com