ORIGINAL

# In the United States Court of Federal Claims

No. 06-425C
(Filed: May 26, 2006)

FILED
MAY 26 2006
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

INTERSPIRO, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion, filed May 26, 2006, to file the complaint under seal is **GRANTED**.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge