# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: June 2, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **INTERSPIRO, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| **and,** | * |
| | * |
| **MINE SAFETY APPLIANCES CO.,** | * |
| | * |
| **Defendant-intervenor.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Following the status conference with the parties, including the intervenor, on June 2, 2006, the court orders the following:

| | |
|---|---|
| **Monday, June 5, 2006, 2 p.m.** | A motion for a protective order shall be filed. |
| **Tuesday, June 6, 2006, noon** | Defendant shall file the administrative record electronically. In addition, the Defendant shall provide a courtesy paper copy of the administrative record to the court, Plaintiff, and Intervenor. |
| **Friday, July 7, 2006** | Plaintiff shall file its motion for summary judgment. |

| | |
|---|---|
| **Monday, August 7, 2006** | Defendant and Intervenor shall file cross-motions for summary judgment. |
| **Friday, August 18, 2006** | Plaintiff shall file its response. |
| **Friday, August 25, 2006** | Defendant and Intervenor shall file their replies. |
| **Tuesday, September 5, 2006** | Oral argument shall be held on the parties' cross-motions. The court will issue a schedule setting forth the time and location. |

The parties shall send courtesy copies of their briefs to the court at firestone_chambers@ao.uscourts.gov in Wordperfect version.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge