IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSPIRO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-425C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| MINE SAFETY APPLIANCES CO., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rules 7 and 10 and Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully moves for a protective order in this case. Plaintiff's counsel and intervenor's counsel have been contacted and do not oppose this motion.

Certain documents that will be included in the administrative record in this case contain confidential, proprietary, or otherwise sensitive information. A protective order is needed to maintain the confidentiality of this material. Therefore, we request that all further filings be under seal in this case. We will, of course, be prepared to redact protected materials for public consumption in accordance with the Rules of this Court.

For these reasons, we request that the Court enter the attached protective order in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

June 5, 2006