# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: June 7, 2006)**

* * * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * * *

## ORDER

Interspiro, Inc. v. United States (Case No. 06-425C) and Scott Technologies, Inc. v. United States (Case No. 06-443C) are hereby **CONSOLIDATED**. All future filings shall be filed in the lead case Interspiro.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge