IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSPIRO, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SCOTT TECHNOLOGIES, INC., d/b/a | ) | |
| SCOTT HEALTH & SAFETY, | ) | |
| | ) | No.06-425C |
| Plaintiffs, | ) | (Judge Firestone) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MINE SAFETY APPLIANCES CO., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE
THE ADMINISTRATIVE RECORD ON CD-ROM

The United States respectfully requests leave to file the administrative record on a CD-Rom. On June 7, 2006, the defendant attempted to file the record electronically. The file was contained in 70 PDFs, and the Court's CM/ECF system could not process the filing. Accordingly, we request leave to file the record on a CD-Rom. Counsel for plaintiffs and intervenor have stated that they have no objection.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643
Attorneys for Respondent

June 8, 2006