**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>Defendant. | **No. 06-425**<br><br>**Judge N. Firestone**<br><br>**PLAINTIFF INTERSPIRO, INC'S DISCLOSURE STATEMENT, FILED PURSUANT TO RCFC 7.1** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned, certifies that Interspiro, Inc. is a nongovernmental corporate party organized and existing under the laws of the State of Connecticut. Interspiro, Inc. is a wholly-owned subsidiary of Interspiro AB and no publicly held company owns ten percent (10%) or more of Interspiro, Inc.'s stock.

Dated this 8th day of June 2006.

Respectfully Submitted,

s/ Joshua K. Chandler
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2306
Fax: (202) 637-2201
Joshua.Chandler@lw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of June, 2006, a copy of the foregoing Interspiro, Inc.'s Corporate Disclosure Statement was filed electronically. I understand that notice of this filing will be available to the parties through the Court's electronic filing system. As a courtesy, I caused service by facsimile and United States mail (first class, postage pre-paid) to:

Doris S. Finnerman
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Daniel P. Graham
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington, D.C. 20006

Respectfully Submitted,

s/ Joshua K. Chandler
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2306
Fax: (202) 637-2201
Joshua.Chandler@lw.com