APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

# United States Court of Federal Claims

| | | |
|---|---|---|
| Interspiro, Inc., Plaintiff, | ) | No. 06- 425C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, Defendant. | ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a consultant with self-employed and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Interspiro, Inc. and will, under the direction and control of David R. Hazelton, assist in the representation of Interspiro, Inc. in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advance.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:

a. a current resume describing my education and employment experience to date;

b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;

c. a statement of the services I am expected to perform in connection with this proceeding; a description of the financial interests that I, or any member of my immediate family, has in any

interested party in this proceeding or any party whose protected information will be reviewed; if none, I have so stated;

d. a statement of the services I am expected to perform in connection with this proceeding;

e. a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

f. *a list identifying by name of forum, case number, date, and circumstances all instances in* which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

g. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for Interspiro, Inc. when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to the Air Force nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

Wade H. Grimm — June 8, 2006

Signature — Date Executed

Wade H. Grimm, Consultant

Typed Name and Title

(850) 682-1250

Telephone Number

Fax Number

David Hazelton — June 8, 2006

Signature of Attorney of Record — Date Executed

David R. Hazelton, Partner

Typed Name and Title

(202) 637-2254

Telephone Number

(202) 637-2201

Fax Number

# ATTACHMENT 5(a)

See following pages.

Wade H. Grimm

5984 Silver Oaks Lane, Crestview FL 32536 (850) 682-1250

**Experience**

**2005-Present MacAuley Brown, Inc. Eglin AFB FL**
**Acquisition Project Specialist, Level 4**

Responsible for organizing, directing and controlling the business development of Base and Installation Security Systems for International Military locations. Arranges financing, scheduling of installation teams, logistics requirements, coordinating work activities with customers. Prepares written communications and develops Power Point presentations. Presents presentations to Senior Air Force Leaders.

**2004-2005 TMC Company Colorado Springs CO**
**SCBA Training Instructor**

Conducted two day care and maintenance training of Open Circuit Self-Contained Breathing Apparatus (SCBA) to USAF fire fighters throughout the United States, Honduras, Greenland, and Europe. Evaluated fire fighters on assembly and troubleshooting of SCBA models. Established bench stock and recurring maintenance requirements for various USAF fire departments. Verified certification documentation.

**2001-2004 Enalasys Corporation Calexico, CA**
**National Director, Utilities**

Responsible for organizing, directing and controlling the business development of HVAC patented technology into Utility Companies throughout the United States. Managed patented technology sales to HVAC contractors located in the Southeastern Region of the USA. Arranged financing, scheduled training, conducted follow-up communications, annotated communications in data base system. **Top Salesman (61 sales personnel) for 2001-2002.**

**2001 MacAulay Brown Inc. Eglin AFB FL**
**Acquisition Project Specialist, Level 4**

Provided transition continuity support between government and contractor personnel for Combat Support Acquisition Programs.

**1998–2001 Air Armament Center Eglin AFB, FL**
**Chief, Fire and Airfields Integrated Product Team**

Managed the combined effort of contractors and government agencies in support of fire and airfields projects. Duties included preparing fiscal year and out-year budget estimates, personnel requirements and workload analyses for planning purposes.

- Procured 47 Emergency Airfield Lighting Systems for worldwide Civil Engineering contingency deployments. (Contract Value: $27 million)
- Procured $12.4 million by creating funding through Productivity Enhancing Capital Investment Programs. ( **Ranked # 1** in 325 submittals)
- Produced 52 CD ROM Interactive Multimedia Training/Familiarization Courses for over 52,000 Security Forces, Explosive Ordnance Demolition, and Fire Fighting personnel. These courses represent 195 training hours and, is the **largest multimedia program in the DoD.**

- Procured 14 Deployable Pavement and Repair Systems for rapid repair of bomb damaged airfields.
- Procured 19 All Purpose Remote Control Transportation Systems for removal of unexploded ordnance from range and airfield locations worldwide. (Contract value: $4.8 Million)

**1994–1998 Aeronautical Systems Center Eglin AFB, FL**
**Acquisition Manager**

Responsible for planning , organizing, directing, and controlling the development and acquisition of systems, subsystems, and associated support systems to increase the Air Force's capability in fire fighting operations.

- Responsible for the largest procurement of self-contained breathing apparatus for emergency response personnel worldwide. (Contract Value: $33.6 Million)
- Procured, developed test plans, conducted test and data collection, and produced test reports for over 38 commercial fire fighting products for possible adoption into military applications.

**1982–1994 A.F. Civ. Engr. & Services Agency Tyndall AFB, FL**
**Program Manager**

Engineering Technician/Program Manager, responsible for evaluating Research and Development efforts for Civil Engineering projects in Air Base Survivability Laboratory.

- Developed and implemented a DoD Physical Fitness Program to improve cardiovascular fitness and muscular strength for 21,000 fire fighters.
- Conducted 41 "Train the Trainer" Fire Fighter Fitness workshops worldwide.
- Developed Chem/Bio Firefighter Protective Ensemble and Self Contained Breathing Apparatus.
- Conducted Chem/Bio Study on fire fighters processing in/out of Collective Protection Facilities.

**1959–1982 Air Force Military Service Worldwide Location**
**Electrician**

Held various positions from worker to crew leader, shop foreman, superintendent, manager, and action officer in Civil Engineering Readiness Directorate. **Opened the first** USAF Leadership School in Air Training Command (1975). Lead 6 man civil engineering team that **installed the first** anti-ballistic nylon curtain closure in the world (1969). Lead a team 19 electricians to provide electrical power to facilities in Southwest Asia as a result of the Camp David Peace Accord (1979). Represented 60,000 enlisted personnel as Senior Enlisted Advisor to the USAF Chief of Staff on quality of life issues (1980-1982).

**Education**

**1978–2000**

- A.A.S., Electric Power Systems, 1978, Community College of the Air Force.
- A.A.A., Work Center Management, 1978, Community College of the Air Force
- A.A.S., Fire Technology, 1984, Gulf Coast Community College, Panama City, FL
- B. A., General Education, 1994, University of Indiana, (GPA 2.7)
- B. S., Fire Engineering and Safety Technology, 1997, University of Cincinnati, (GPA 3.7 Honors)
- M. S. Human Resources Management, 2000, Troy State University (GPA 3.5)
- Level III, Program Manager, 1994, Air Force Material Command

**Interests**

Running, gardening, carpentry, church activities

**Special Awards**

- 1972, Senior NCO of the Year, Williams AFB, AZ.
- 1972, Runner-up, Senior NCO of the Year, Air Training Command.
- 1986, USAF Civil Engineering and Services Agency, Civilian of the Year.
- 1986, USAF Civil Engineering And Services Agency, Civilian of the Quarter.
- 1992 and 1993, USAF Nominee for Government Employees Insurance (GEICO) Service Award-Civilian Employee-Fire Prevention and Safety.
- 1995, Aeronautical Systems Center Team of the Quarter Award.
- 1998 and 1999, Finalist in the Federal Technology Leadership Award.
- 1999 and 2000, AXIEM (Excellence in Electronic Media), Copper and Silver Awards (4 each) for Production, Training and Graphics in Hazardous Materials Training Course.

**Numerous Sustained Superior Performance, Notable Achievement and Quality Step Increase Awards**

# ATTACHMENT 5(b)

None.

# ATTACHMENT 5(c)

For the avoidance of doubt, I am participating as a consultant in this matter in my individual capacity, as an independent contractor, and not on behalf of my employer.

My current employer, MacAuley Brown, Inc. is a support contractor to the Department of Defense with offices in over 21 locations worldwide. The company's work includes Operations Research, Systems Engineering, Software Development, test and Evaluation, Information Technology, and Acquisition Management Support.

To my knowledge, the company has no clients for whom it has performed work over the past two years for whom the material that is subject of this protest and would be produced under the protective order could provide a competitive advantage.

## ATTACHMENT 5(d)

I am expected to review the documents relating to the decision made by the Air Force in this procurement and provide counsel (and if necessary, the Court) with my expert opinion on the technology involved in this procurement and Air Force's methodology and evaluation process, based on my years of experience as an Air Force representative with the predecessor contract for SCBA equipment.

# ATTACHMENT 5(e)

Neither myself, my spouse, nor any family member has any financial interests in any of the relevant entities.

# ATTACHMENT 5(f)

None.

# ATTACHMENT 5(g)

None.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of June, 2006, a copy of the foregoing Application for Access to Information Under the Protective Order by Expert Consultant or Witness for Wade H. Grimm was filed electronically. I understand that notice of this filing will be available to the parties through the Court's electronic filing system. As a courtesy, I caused service by facsimile and United States mail (first class, postage pre-paid) to:

Doris S. Finnerman
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Daniel P. Graham
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington, D.C. 20006

Respectfully Submitted,

s/ Joshua K. Chandler______
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2306
Fax: (202) 637-2201
Joshua.Chandler@lw.com