# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 06-425 & 06-443
Judge Firestone
**CONSOLIDATED**

---

INTERSPIRO, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

and

MINE SAFETY APPLIANCES CO.,

Intervenor.

---

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY

Plaintiff,

v.

UNITED STATES,

Defendant,

and

MINE SAFETY APPLIANCES CO.

Intervenor.

---

**DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1**
**FILED BY INTERVENOR MINE SAFETY APPLIANCES COMPANY**

Pursuant to Rule 7.1 of the U.S. Court of Federal Claims, Defendant-Intervenor Mine Safety Appliances Company ("MSA") states that it is a nongovernmental corporate party and has no parent corporation. No publicly held corporation owns 10 percent or more of MSA's stock.

Respectfully submitted,

s/ Thomas P. Humphrey, Esq.
Counsel of Record
Elizabeth W. Newsom, Esq.
Amy E. Laderberg, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

Counsel for Mine Safety Appliances Company

Dated: June 9, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of June, 2006, a copy of the foregoing Disclosure Statement Pursuant to RCFC 7.1 Filed By Intervenor Mine Safety Appliances Company was filed electronically. I understand that notice of this filing will available to all parties by operation of the Court's electronic filing system.

s/ Thomas P. Humphrey, Esq.