# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: June 12, 2006)**

* * * * * * * * * * * * * * * * * *
**INTERSPIRO, INC.,** *
*
**and,** *
*
**SCOTT TECHNOLOGIES, INC.,** *
**d/b/a/ SCOTT HEALTH & SAFETY,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
**and,** *
*
**MINE SAFETY APPLIANCES CO.,** *
*
**Defendant-intervenor.** *
* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed June 8, 2006, for leave to file the administrative record on a CD-Rom is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge