**Joshua Chandler**
Direct Dial: (202) 637-2306
joshua.chandler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 502520-0000

June 12, 2006

Judge Nancy B. Firestone
United States Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005

RE: Expert application of Wade H. Grimm in Interspiro, Inc. v. United States and Mine Safety Appliances Co., No. 06-425

Dear Judge Firestone:

By letter dated June 9, 2006, Intervenor Mine Safety Appliances Company ("MSA") voiced objections to Interspiro Inc.'s ("Interspiro") application of Wade H. Grimm for access to protected material as an expert consultant ("Application"), filed on June 8, 2006, in the above-captioned matter. Interspiro therefore submits this updated Application incorporating the language suggested by MSA.

Counsel for MSA has assured counsel via letter that, with these changes, MSA does not object to Mr. Grimm's application. Neither Scott Health and Safety nor Defendant United States voiced any objection to Mr. Grimm.

Sincerely,

s/ Joshua K. Chandler
Joshua K. Chandler
of LATHAM & WATKINS, LLP

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Nos. 06-425 and 06-443
Judge Firestone
**CONSOLIDATED**

INTERSPIRO, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

and

MINE SAFETY APPLIANCES CO.,

Intervenor.

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH AND SAFETY

Plaintiff,

v.

UNITED STATES,

Defendant,

and

MINE SAFETY APPLIANCES CO.,

Intervenor.

**APPLICATION FOR ACCESS TO MATERIAL UNDER A PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

1. I, __Wade H. Grimm___, am a consultant employed by __self__________, and hereby apply for access to protected material covered by the protective order issued in connection with this proceeding.

2. I have been retained by __David R. Hazelton__ of _Latham & Watkins LLP_ and will, under the direction and control of that attorney, assist in the representation of in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.3d 1465 (Fed. Cir. 1984) for or on behalf of any party to this protest or any other firm that might gain a competitive advantage from access to the material disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning or participates in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

4. My professional relationship with the party for whom I am retained in this protest and its personnel is strictly as a consultant on issues relevant to the protest. Neither I, my spouse, nor any member of my immediate family holds office or a management position in any company that is a party in this protest, or in any competitor or potential competitor of a party.

5. I have attached the following information:

(a) a current resume describing my education and employment experience to date;

(b) a list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed;

(c) a list of all clients for whom my employer has performed work within the 2 years prior to the date of this application and for whom the use of protected material could provide a competitive advantage, and a brief description of the work performed;

(d) a statement of the services I am expected to perform in connection with this protest;

(e) a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated;

(f) a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, or had a protective order admission revoked, or been found to have violated a protective order issued by the Court or by an administrative or judicial tribunal; if none, I have so stated; and

(g) a statement of the professional associations to which I belong, including membership numbers.

6. I have read a copy of the protective order issued by the Court in this protest, and I will comply in all respects with all terms and conditions of that order in handling any protected material filed or produced in connection with the protest. I will not disclose any protected material to any individual other than those individuals admitted under the protective order by the Court.

7. For a period of 5 years from the date this application is granted, I will not engage or assist in the strategy for, or preparation of, a proposal to be submitted to any agency of the United States, state, or local government or to a commercial entity for SCBA and/or PAPR systems.

8. For a period of 5 years from the date this application is granted, I will not engage or assist in the preparation of a proposal for submission to the Air Force for SCBA and/or PAPR systems nor will I have any personal involvement in such activity.

9. For a period of 5 years from the date of this application, I will not engage or assist in the strategy for, or preparation of, SCBA and/or PAPR performance or solicitation requirements for any agency of the United States, state, or local government or a commercial entity.

10. I acknowledge that any violation of the terms of the protective order may result in the imposition of such sanctions as the Court deems appropriate, including but not limited to referral of the violation to appropriate disciplinary bodies or professional associations, and restricting my practice before the Court. I further acknowledge that a party whose protected information is improperly disclosed shall be entitled to all remedies under law or equity, including breach of contract.

CERTIFICATION

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct,

[signature] June 12, 2006

Signature Date Executed

Wade H. Grimm, Consultant
Typed Name and Title

5984 Silver Oaks Lane
Crestview, FL 32536

Mailing Address

850-682-1250
Telephone

[signature] 6/9/06
Signature of Attorney of Record Date Executed

David R. Hazelton, Partner
Typed Name and Title

202-637-2254
Telephone Number

202-637-2201
Facsimile

# ATTACHMENT 5(a)

See following pages.

Wade H. Grimm

5984 Silver Oaks Lane, Crestview FL 32536 (850) 682-1250

**Experience**

**2005-Present** **MacAuley Brown, Inc.** **Eglin AFB FL**
**Acquisition Project Specialist, Level 4**

Responsible for organizing, directing and controlling the business development of Base and Installation Security Systems for International Military locations. Arranges financing, scheduling of installation teams, logistics requirements, coordinating work activities with customers. Prepares written communications and develops Power Point presentations. Presents presentations to Senior Air Force Leaders.

**2004-2005** **TMC Company** **Colorado Springs CO**
**SCBA Training Instructor**

Conducted two day care and maintenance training of Open Circuit Self-Contained Breathing Apparatus (SCBA) to USAF fire fighters throughout the United States, Honduras, Greenland, and Europe. Evaluated fire fighters on assembly and troubleshooting of SCBA models. Established bench stock and recurring maintenance requirements for various USAF fire departments. Verified certification documentation.

**2001-2004** **Enalasys Corporation** **Calexico, CA**
**National Director, Utilities**

Responsible for organizing, directing and controlling the business development of HVAC patented technology into Utility Companies throughout the United States. Managed patented technology sales to HVAC contractors located in the Southeastern Region of the USA. Arranged financing, scheduled training, conducted follow-up communications, annotated communications in data base system. **Top Salesman (61 sales personnel) for 2001-2002.**

**2001** **MacAulay Brown Inc.** **Eglin AFB FL**
**Acquisition Project Specialist, Level 4**

Provided transition continuity support between government and contractor personnel for Combat Support Acquisition Programs.

**1998–2001** **Air Armament Center** **Eglin AFB, FL**
**Chief, Fire and Airfields Integrated Product Team**

Managed the combined effort of contractors and government agencies in support of fire and airfields projects. Duties included preparing fiscal year and out-year budget estimates, personnel requirements and workload analyses for planning purposes.

- Procured 47 Emergency Airfield Lighting Systems for worldwide Civil Engineering contingency deployments. (Contract Value: $27 million)
- Procured $12.4 million by creating funding through Productivity Enhancing Capital Investment Programs. ( **Ranked # 1** in 325 submittals)
- Produced 52 CD ROM Interactive Multimedia Training/Familiarization Courses for over 52,000 Security Forces, Explosive Ordnance Demolition, and Fire Fighting personnel. These courses represent 195 training hours and, is the **largest multimedia program in the DoD**.

- Procured 14 Deployable Pavement and Repair Systems for rapid repair of bomb damaged airfields.
- Procured 19 All Purpose Remote Control Transportation Systems for removal of unexploded ordnance from range and airfield locations worldwide. (Contract value: $4.8 Million)

**1994–1998 Aeronautical Systems Center Eglin AFB, FL**
**Acquisition Manager**

Responsible for planning , organizing, directing, and controlling the development and acquisition of systems, subsystems, and associated support systems to increase the Air Force's capability in fire fighting operations.

- Responsible for the largest procurement of self-contained breathing apparatus for emergency response personnel worldwide. (Contract Value: $33.6 Million)
- Procured, developed test plans, conducted test and data collection, and produced test reports for over 38 commercial fire fighting products for possible adoption into military applications.

**1982–1994 A.F. Civ. Engr. & Services Agency Tyndall AFB, FL**
**Program Manager**

Engineering Technician/Program Manager, responsible for evaluating Research and Development efforts for Civil Engineering projects in Air Base Survivability Laboratory.

- Developed and implemented a DoD Physical Fitness Program to improve cardiovascular fitness and muscular strength for 21,000 fire fighters.
- Conducted 41 "Train the Trainer" Fire Fighter Fitness workshops worldwide.
- Developed Chem/Bio Firefighter Protective Ensemble and Self Contained Breathing Apparatus.
- Conducted Chem/Bio Study on fire fighters processing in/out of Collective Protection Facilities.

**1959–1982 Air Force Military Service Worldwide Location**
**Electrician**

Held various positions from worker to crew leader, shop foreman, superintendent, manager, and action officer in Civil Engineering Readiness Directorate. **Opened the first** USAF Leadership School in Air Training Command (1975). Lead 6 man civil engineering team that **installed the first** anti-ballistic nylon curtain closure in the world (1969). Lead a team 19 electricians to provide electrical power to facilities in Southwest Asia as a result of the Camp David Peace Accord (1979). Represented 60,000 enlisted personnel as Senior Enlisted Advisor to the USAF Chief of Staff on quality of life issues (1980-1982).

**Education**

**1978–2000**

- A.A.S., Electric Power Systems, 1978, Community College of the Air Force.
- A.A.A., Work Center Management, 1978, Community College of the Air Force
- A.A.S., Fire Technology, 1984, Gulf Coast Community College, Panama City. FL
- B. A., General Education, 1994, University of Indiana, (GPA 2.7)
- B. S., Fire Engineering and Safety Technology, 1997, University of Cincinnati, (GPA 3.7 Honors)
- M. S. Human Resources Management, 2000, Troy State University (GPA 3.5)
- Level III, Program Manager, 1994, Air Force Material Command

**Interests** Running, gardening, carpentry, church activities

**Special Awards**

- 1972, Senior NCO of the Year, Williams AFB, AZ.
- 1972, Runner-up, Senior NCO of the Year, Air Training Command.
- 1986, USAF Civil Engineering and Services Agency, Civilian of the Year.
- 1986, USAF Civil Engineering And Services Agency, Civilian of the Quarter.
- 1992 and 1993, USAF Nominee for Government Employees Insurance (GEICO) Service Award-Civilian Employee-Fire Prevention and Safety.
- 1995, Aeronautical Systems Center Team of the Quarter Award.
- 1998 and 1999, Finalist in the Federal Technology Leadership Award.
- 1999 and 2000, AXIEM (Excellence in Electronic Media), Copper and Silver Awards (4 each) for Production, Training and Graphics in Hazardous Materials Training Course.

**Numerous Sustained Superior Performance, Notable Achievement and Quality Step Increase Awards**

## ATTACHMENT 5(b)

None.

# ATTACHMENT 5(c)

For the avoidance of doubt, I am participating as a consultant in this matter in my individual capacity, as an independent contractor, and not on behalf of my employer.

My current employer, MacAuley Brown, Inc. is a support contractor to the Department of Defense with offices in over 21 locations worldwide. The company's work includes Operations Research, Systems Engineering, Software Development, test and Evaluation, Information Technology, and Acquisition Management Support.

To my knowledge, the company has no clients for whom it has performed work over the past two years for whom the material that is subject of this protest and would be produced under the protective order could provide a competitive advantage.

# ATTACHMENT 5(d)

I am expected to review the documents relating to the decision made by the Air Force in this procurement and provide counsel (and if necessary, the Court) with my expert opinion on the technology involved in this procurement and Air Force's methodology and evaluation process, based on my years of experience as an Air Force representative with the predecessor contract for SCBA equipment.

# ATTACHMENT 5(e)

Neither myself, my spouse, nor any family member has any financial interests in any of the relevant entities.

# ATTACHMENT 5(f)

None.

# ATTACHMENT 5(g)

None.

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 12th day of June, 2006, a copy of the foregoing Interspiro, Inc.'s Updated Application of Wade H. Grimm for Access to Protected Material as an Expert Consultant was filed electronically. I understand that notice of this filing will be available to the parties through the Court's electronic filing system. As a courtesy, I caused service by United States mail (first class, postage pre-paid) to:

Doris S. Finnerman
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Daniel P. Graham
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington, D.C. 20006

Respectfully Submitted,

s/ Joshua K. Chandler
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2306
Fax: (202) 637-2201
Joshua.Chandler@lw.com