# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: June 22, 2006)**

* * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' motion, filed on June 20, 2006, for a 3-day enlargement of time within which to file amended complaints is **GRANTED**. Accordingly, plaintiffs shall file amended complaints by **Monday, June 26, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge