**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***BID PROTEST***

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**and**<br><br>**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MINE SAFETY APPLIANCES, INC.,**<br><br>**Defendant-Intervenor.** | **Civil Action No. 06-425C**<br><br>**(Judge Firestone)**<br><br>**Electronically Filed on July 12, 2006** |

**PLAINTIFF INTERSPIRO, INC.'S MOTION FOR CLARIFICATION**

Interspiro, Inc. ("Interspiro") respectfully submits this Motion for Clarification regarding its Motion for Judgment on the Administrative Record ("Motion for Judgment") and accompanying materials filed last Friday, July 7, 2006.

Interspiro's Motion for Judgment references Rule 56.1 of the Rules of the United Stated Court of Federal Claims. While Interspiro recognizes that the Court has adopted new Rule 52.1(b) to replace Rule 56.1, the Court's "Notice of Adoption of Amendments to Rules" provided that "[t]he amendments shall be effective June 20, 2006, and shall apply to pending proceedings as the court may order." (Emphasis added).

Given that this case was filed May 26, 2006, and that no order has been issued in this case directing Interspiro to proceed under new Rule 52.1(b), Interspiro proceeded to file under

Rule 56.1. Moreover, Interspiro's counsel raised this issue with the Clerk's Office which confirmed that Interspiro properly filed its Motion for Judgment pursuant to Rule 56.1.

However, yesterday afternoon, counsel for Defendant-Intervenor indicated to Interspiro's counsel that she believed that Interspiro should have referenced Rule 52.1(b) rather than Rule 56.1 based on the language of revised Rule 86.

As a practical matter, Interspiro's Motion for Judgment satisfies the requirements of both Rule 56.1 and Rule 52.1(b). The only changes which would appear appropriate under Rule 52.1(b) are changing the citations from "Rule 56.1" to "Rule 52.1(b)" and possibly changing the heading on page 2 of Interspiro's Memorandum of Points and Authorities from "Statement of the Case" to "Statement of Facts."

In order to avoid any confusion or uncertainty on this matter, Interspiro requests that the Court enter the accompanying Order accepting Interspiro's Motion for Judgment and accompanying materials as filed.

Dated July 12, 2006.

Respectfully Submitted,

David R. Hazelton, Esq. (Counsel of Record)
Joshua K. Chandler, Esq.
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Attorneys for Plaintiff Interspiro, Inc.

Of Counsel:
Kevin A. Russell, Esq.
Kyle R. Jefcoat, Esq.
David P. Palmer, Esq.