**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**and**<br><br>**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MINE SAFETY APPLIANCES, INC.,**<br><br>**Defendant-Intervenor.** | **Civil Action No. 06-425C**<br><br>**(Judge Firestone)** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION

Upon consideration of Plaintiff Interspiro, Inc.'s Motion for Clarification requesting the Court's guidance regarding any further action that may be required for Interspiro's Motion for Judgment on the Administrative Record;

The Court hereby ORDERS that Plaintiff's Motion for Judgment on the Administrative Record and all accompanying materials are accepted as filed.

IT IS SO ORDERED.

Dated: ____________________, 2006

By: ______________________________
Nancy B. Firestone
Judge for the United States Court of Federal Claims