**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**MINE SAFETY APPLIANCES, INC.,**

**Defendant-Intervenor.**

**Civil Action No. 06-425C**

**(Judge Firestone)**

**Electronically Filed on July 13, 2006**

## PLAINTIFF INTERSPIRO, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR CLARIFICATION

Plaintiff Interspiro, Inc. ("Interspiro") respectfully requests that the Court grant its Motion for Clarification for the reasons stated therein. The paramount consideration should be the full and fair resolution of the issues presented in this case. Of course, if the Court believes that a response by Defendant-Intervenor to Interspiro's Statement of Uncontroverted Facts would not serve the interests of justice, Interspiro stands ready to accept that judgment.

Interspiro would request that, when considering the substance of the issues presented in this case, the Court keep in mind Defendant-Intervenor's insistence on strict compliance with specific rules and requirements. In light of its insistence on strict compliance by others, consistency and fairness mandate that Defendant-Intervenor itself be subject to strict compliance

with the rules and requirements specified in the solicitation in this case (including those terms specifying a "commercial item" acquisition).

Dated: July 13, 2006

Respectfully Submitted,

David R. Hazelton, Esq. (Counsel of Record)
Joshua K. Chandler, Esq.
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Attorneys for Plaintiff Interspiro, Inc.

Of Counsel:

Kevin A. Russell, Esq.
Kyle R. Jefcoat, Esq.
David P. Palmer, Esq.
LATHAM & WATKINS LLP