# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: July 13, 2006)**

* * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of Plaintiff Interspiro, Inc's Motion for Clarification and Defendant-Intervenor Mine Safety Appliance Company's response. The court orders as follows:

(1) The newly-adopted RCFC 52.1 applies to these proceedings and former RCFC 56.1 does not apply.

(2) The 33-page separate "Statement of Uncontested Facts" filed by Interspiro on July 7, 2006, in support of its Motion for Judgment on the Administrative Record shall be stricken from the record. Interspiro shall file a revised Motion for Judgment on the Administrative Record that complies with RCFC 52.1 by **July 21, 2006**. Specifically, Interspiro shall include its statement of facts in narrative form within its brief. The court will be amendable to a request for an extension of the page limit if needed.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge