AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

**TABLE OF CONTENTS FOR AMENDED COMPLAINT EXHIBITS**


| EX. | DESCRIPTION | PAGE |
|---|---|---|
| A | Department of the Air Force Letter (March 20, 2006) | 1 |
| B | GAO Decision (March 21, 2006) | 3 |
| C | Department of the Air Force Memorandum (April 18, 2006) | 5 |
| D | Department of the Air Force Memorandum (April 21, 2006) | 7 |
| E | Market Research Questionnaire<br>Self-Contained Breathing Apparatus (August 11, 2004) | 9 |
| F | Interspiro Response to Market Research Questionnaire<br>Self-Contained Breathing Apparatus (August 26, 2004) | 12 |

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT A

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC



**DEPARTMENT OF THE AIR FORCE**
**AIR FORCE LEGAL SERVICES AGENCY (AFLSA)**

20 March 2006

AFLSA/JACN
1501 Wilson Blvd, Room 606
Arlington, VA 22209-2403

Ms. Paula Williams
Procurement Control Group
Office of the General Counsel
U.S. Government Accountability Office
441 G Street N.W.
Washington, D.C. 20548

Subject: Protests of Interspiro, Inc. and Scott Health & Safety, Inc. -- B-297965, B-297965.2; B-297965; Notice of Corrective Action

Dear Ms. Williams:

This confirms our oral notification to the GAO that the Air Force intends to take corrective action in the subject protests. The corrective action Air Force intends to take is as follows:

> The Source Selection Authority (SSA) will reconsider the proposals, and will then issue a new Source Selection Decision Document. The Air Force will notify all the parties after the SSA has made his new decision.

Accordingly, the Air Force requests the GAO dismiss the subject protests, as they are now academic. If there are any questions, I can be reached at 703-696-9087 (fax 703-696-9084), or at derek.sherrill@pentagon.af.mil.

Sincerely

Bryan O'Boyle
for DEREK S. SHERRILL, Major, USAF
Trial Attorney, Commercial Litigation Division

cc:
Thomas P. Humphrey, Esq.
David R. Hazelton, Esq.

AGREED UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT B

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

GAO
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** Interspiro, Inc.

**File:** B-297965; B-297965.3

**Date:** March 21, 2006

**DECISION**

Interspiro, Inc. protests the award of a contract to Mine Safety Appliances Company under request for proposals (RFP) No. FA8532-05-R-76133, issued by the Department of the Air Force, for self contained breathing apparatus units.

We view the protests as academic because the agency has decided to take corrective action. By letter dated March 20, 2006, the Air Force states that the source selection authority "will reconsider the proposals, and will then issue a new Source Selection Decision Document." The agency further states that all parties will be notified of the new source selection decision.

The jurisdiction of our Office is established by the bid protest provisions of the Competition in Contracting Act of 1984, 31 U.S.C. §§ 3551-3556 (2000), amended by the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005, Pub. L. No. 108-375, § 326, 118 Stat. 1811 (2004). Our role in resolving bid protests is to ensure that the statutory requirements for full and open competition are met. Pacific Photocopy and Research Servs., B-278698, B-278698.3, Mar. 4, 1998, 98-1 CPD ¶ 69 at 4.

Where, as here, an agency undertakes corrective action that renders a protest academic, it is not the practice of the Government Accountability Office to consider academic questions because to do so would serve no useful public policy purpose. Thus, the protests are dismissed. Dyna-Air Eng'g Corp., B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132.

Anthony H. Gamboa
General Counsel

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT C

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# DEPARTMENT OF THE AIR FORCE

542 COMBAT SUSTAINMENT WING (CSW)
ROBINS AIR FORCE BASE GEORGIA

18 APRIL 2006

MEMORANDUM TO: INTERSPIRO, INC.
ATTN: MICHAEL J. BROOKMAN
10225 82ND AVENUE
PLEASANT PRAIRIE WI 53158

FROM: 542 CSW SEVSG/GBZO-PKBB
380 RICHARD RAY BLVD., SUITE 104
ROBINS AFB GEORGIA 31098-1640

SUBJECT: Contract FA8533-06-D-0002, Self Contained Breathing Apparatus (SCBA)

1. On 31 January 2006, the above referenced contract was awarded to Mine Safety Appliances (MSA) Company. Subsequently, three protests were filed with the Government Accountability Office (GAO). On 20 March 2006, the Air Force notified the protesters and the GAO that it intended to take corrective action by having the Source Selection Authority (SSA) reconsider all proposals for the subject procurement, and then issue a new decision document. As a result of the corrective action, on 21 March 2006, the GAO dismissed protests B-297965, B-297965.2, and B-297965.3.

2. As intended, the SSA reconsidered all six proposals submitted. On 18 April 2006, the SSA reaffirmed his decision to award the contract to MSA. The SSA adhered to the evaluation methodology identified in the RFP provision "Evaluation Basis for Award," and decided MSA's proposal represented the best value to the Air Force. Specifically, the SSA determined that MSA's superior technical proposal, in addition to its overall business approach and past and present performance, was worth the additional cost over lower priced proposals. Because a debriefing is not required (there is no new award), the Air Force does not intend to conduct further debriefings for unsuccessful offerors.[1]

3. The SEVSG Contracting Office appreciates the quality of the proposals received in response to this procurement program, and encourages your continued interest in our acquisition opportunities. Contact me at (478) 222-1906 or via e-mail at Lauren.Farrell@robins.af.mil, should you have any questions or concerns relative to this notice.

Digitally signed by: FARRELL.PATRICIA.L.[illegible] Date: D:[illegible] Reason: Location

LAUREN FARRELL
Contracting Officer

[1] Though the RFP explained that unsuccessful offerors would be debriefed in accordance with FAR 15.506, because no new contract award was made, a debriefing is not required.

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT D

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

**DEPARTMENT OF THE AIR FORCE**
542 COMBAT SUSTAINMENT WING (CSW)
ROBINS AIR FORCE BASE GEORGIA

21 APRIL 2006

MEMORANDUM TO: INTERSPIRO, INC.
ATTN: MICHAEL J. BROOKMAN
10225 82ND AVENUE
PLEASANT PRAIRIE WI 53158

FROM: 642 CBSSS/GBZO-PKBB
380 RICHARD RAY BLVD., SUITE 104
ROBINS AFB GEORGIA 31098-1640

SUBJECT: Contract FA8533-06-D-0002, Interspiro's Letter dated 20 April 2006

1. The Contracting Office received Interspiro's correspondence in which the company requested a debriefing on the Self-Contained Breathing Apparatus (SCBA) contract. Please be advised that as no new evaluations took place and a new award was not made, no debriefings are required pursuant to FAR 15.506. Therefore, a debriefing will not be provided to Interspiro.

2. Contact me at (478) 222-1906 or via e-mail at Lauren.Farrell@robins.af.mil, should you have any questions or concerns.

LAUREN FARRELL
Contracting Officer

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT E

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

**MARKET RESEARCH QUESTIONNAIRE**
**SELF-CONTAINED BREATHING APPARATUS**
**ROBINS AIR FORCE BASE,**
**WARNER ROBINS AIR LOGISTICS CENTER**

**11 AUGUST 2004**

1. Is your company presently involved in, or has it ever been involved in, the manufacture of self-contained breathing units that are similar in form, fit, and function to the breathing apparatuses described in the specification document attached to this questionnaire?

2. If you answered affirmatively to the above question, are the units part of your company's commercial product line or does your company build specifically on an order-by-order basis?

3. If you answered affirmatively to the first question, describe briefly the structure and composition of the breathing units that your company produces:

a. Is your SCBA with CW capability a one or two mask configuration?

b. Do your commercial units include drinking capability without removal of the face piece? If not, would this be considered a minor or major configuration change?

c. Is the face piece available in one size or is it available in various sizes? If available in various sizes, please specify sizes.

4. Would your company provide WR-ALC/LE with product literature such as brochures, pamphlets, booklets, etc. on the self-contained breathing apparatuses it produces?

5. What are the approximate system total weights of SCBA with a 45 min. cylinder and 60 min. cylinder that your company produces?

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

6. What are the quality assurances or testing processes your company utilizes in its manufacturing and inspection practices? How does it ensure that compliance is met with local, state, and federal regulations such as NFPA, ANSI, etc.? Please provide as much detail in your response as possible. The information you provide could have significant bearing on the Government's determination of its testing requirements.

7. What is the average quantity of self-contained breathing units or similar type units that your company is capable of producing per 30-day period? What is the average delivery time required from receipt of order to completed unit?

8. What type of technical data does your company provide with each unit, e.g. commercial manuals, operator's handbook, maintenance notebooks, videotapes for operation and maintenance?

9. Describe the practices your company routinely employs for packaging the units for shipment. Please be specific in your response as this tends to be a confusing area.

10. What is the level or extent of coverage in your company's standard warranty for breathing apparatuses, whether of the self-contained type or not?

11. Does your company provide discounts or price breaks on orders for large quantities? If so, what are the quantity ranges? What procedures does your company use in its invoicing practices, e.g. 30-days?

12. Would your company be amenable to providing a self-contained breathing apparatus per size to the Government for testing verification purposes should such a request be included in a solicitation? (The unit would be returned to the company subsequent to any testing activity.)

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

# EXHIBIT F

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

**INTERSPIRO RESPONSE TO MARKET RESEARCH QUESTIONNAIRE**
**SELF-CONTAINED BREATHING APPARATUS**
**ROBINS AIR FORCE BASE,**
**WARNER ROBINS AIR LOGISTICS CENTER**

**11 AUGUST 2004**

**REPLY: 26 AUGUST 2004**

1. Is your company presently involved in, or has it ever been involved in, the manufacture of self-contained breathing units that are similar in form, fit, and function to the breathing apparatuses described in the specification document attached to this questionnaire?

[redacted]

2. If you answered affirmatively to the above question, are the units part of your company's commercial product line or does your company build specifically on an order-by-order basis?

[redacted]

3. If you answered affirmatively to the first question, describe briefly the structure and composition of the breathing units that your company produces:

   a. Is your SCBA with CW capability a one or two mask configuration?

[redacted]

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

[redacted]

b. Do your commercial units include drinking capability without removal of the face piece? If not, would this be considered a minor or major configuration change?

[redacted]

c. Is the face piece available in one size or is it available in various sizes? If available in various sizes, please specify sizes.

[redacted]

4. Would your company provide WR-ALC/LE with product literature such as brochures, pamphlets, booklets, etc. on the self-contained breathing apparatuses it produces?

**Yes. Please provide a mailing address and quantities requested. We would encourage a review of maintenance manuals, spare parts lists and other non-commercial materials as part of the evaluation as a preview of maintenance and logistics issues to come.** [redacted] **Nearly all our literature (including maintenance manuals) may be found on line at our website: www.interspiro-us.com**

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

5. What are the approximate system total weights of SCBA with a 45 min. cylinder and 60 min. cylinder that your company produces?

[redacted]

6. What are the quality assurances or testing processes your company utilizes in its manufacturing and inspection practices? How does it ensure that compliance is met with local, state, and federal regulations such as NFPA, ANSI, etc.? Please provide as much detail in your response as possible. The information you provide could have significant bearing on the Government's determination of its testing requirements.

[redacted]

7. What is the average quantity of self-contained breathing units or similar type units that your company is capable of producing per 30-day period? What is the average delivery time required from receipt of order to completed unit?

[redacted]

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

[redacted]

8. What type of technical data does your company provide with each unit, e.g. commercial manuals, operator's handbook, maintenance notebooks, videotapes for operation and maintenance?

[redacted]

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

[redacted]

9. Describe the practices your company routinely employs for packaging the units for shipment. Please be specific in your response as this tends to be a confusing area.

[redacted]

10. What is the level or extent of coverage in your company's standard warranty for breathing apparatuses, whether of the self-contained type or not?

[redacted]

11. Does your company provide discounts or price breaks on orders for large quantities? If so, what are the quantity ranges? What procedures does your company use in its invoicing practices, e.g. 30-days?

AGREED-UPON REDACTED COPY
MAY BE MADE PUBLIC

[redacted]

12. Would your company be amenable to providing a self-contained breathing apparatus per size to the Government for testing verification purposes should such a request be included in a solicitation? (The unit would be returned to the company subsequent to any testing activity.)

[redacted]