# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: August 9, 2006)**

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

## ORDER

The parties shall file any objections to the pending motions to supplement the Administrative Record by **Thursday, August 17, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge