**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**and**<br><br>**SCOTT TECHNOLOGIES, INC.,**<br>**d/b/a/ SCOTT HEALTH & SAFETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MINE SAFETY APPLIANCES, INC.,**<br><br>**Defendant-Intervenor.** | **Civil Action No. 06-425C**<br><br>**(Judge Firestone)**<br><br>**Electronically Filed on August 16, 2006** |

**PLAINTIFF INTERSPIRO, INC.'S UNOPPOSED MOTION TO FILE A COMBINED FIFTY PAGE RESPONSE TO DEFENDANT AND DEFENDANT-INTERVENORS' CROSS-MOTIONS FOR JUDGMENT AND OPPOSITION TO INTERSPIRO, INC'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiff Interspiro, Inc. ("Interspiro") respectfully moves this Court for an order permitting Interspiro to file a single response of not more than 50 pages to Defendant's and Defendant-Intervenor's Cross-Motions for Judgment and Opposition to Interspiro's Motion for Judgment on the Administrative Record ("Cross Motions"). In the absence of an order, Interspiro would file a separate response to each Cross Motion of not less than 30 pages, for a total of 60 pages. See RCFC 5.2(b)(2). Two separate responses would create unnecessary paperwork for Interspiro and the Court. Counsel for Scott Technologies, Inc., Mine Safety

Appliances Company, and Defendant United States have informed Interspiro that they do not oppose this Motion.

Dated: August 16, 2006

Respectfully Submitted,

David R. Hazelton, Esq. (Counsel of Record)
Joshua K. Chandler, Esq.
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Attorneys for Plaintiff Interspiro, Inc.

Of Counsel:

Kevin A. Russell, Esq.
Kyle R. Jefcoat, Esq.
David P. Palmer, Esq.