**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**and**<br><br>**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MINE SAFETY APPLIANCES CO.,**<br><br>**Defendant-Intervenor.** | **Civil Action No. 06-425C**<br>**(Judge Firestone)**<br><br>**Electronically Filed on August 16, 2006** |

**[PROPOSED] ORDER GRANTING PLAINTIFF INTERSPIRO, INC.'S UNOPPOSED MOTION TO FILE A COMBINED FIFTY PAGE RESPONSE TO DEFENDANT AND DEFENDANT-INTERVENORS' CROSS-MOTIONS FOR JUDGMENT AND OPPOSITION TO INTERSPIRO, INC'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Upon consideration of Plaintiff's Motion to File a Combined Fifty Page Response to Defendant and Defendant-Intervenors' Cross-Motions for Judgment and Opposition to Interspiro, Inc's Motion for Judgment on the Administrative Record ("Motion to File a Combined Response"), it is hereby

ORDERED that Plaintiff's Motion to File a Combined Response be, and hereby is, granted; and it is

FURTHER ORDERED that Plaintiff be, and hereby is, given leave to file a single Combined Response, not to exceed 50 pages, to (1) the Government's Cross Motion for Judgment Upon the Administrative Record and Opposition to Plaintiffs' Motions for Judgment Upon the Administrative Record, and (2) Mine Safety Appliances Company's Opposition to Interspiro's Motion for Judgment on the Administrative Record and Cross Motion for Judgment on the Administrative Record.

IT IS SO ORDERED.

Dated: ____________________, 2006

By: ____________________________________

Nancy B. Firestone

Judge for the United States Court of Federal Claims