# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: August 17, 2006)**

* * * * * * * * * * * * * * * * *
**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff Interspiro's, Inc.'s unopposed Motion to File a Combined Fifty Page Response to Defendant and Defendant-Intervenor's Cross-Motions for Judgement and Opposition to Interspiro, Inc.'s Motion for Judgment on the Administrative Record

("Motion to File a Combined Response"), filed on August 16, 2006, is **GRANTED**.

Accordingly, Plaintiff Interspiro, Inc.'s combined response shall not exceed 50 pages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge