# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: August 22, 2006)**

* * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

## ORDER

Oral argument on the parties' cross-motions for summary judgment shall be heard on **Tuesday, September 5, 2006 at 10:30 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for each party shall appear in person. The number of the courtroom will be posted in the lobby on the day of the proceeding. The parties shall be prepared to address the pending motions before the court, specifically, the motions to supplement the Administrative Record and Interspiro's Motion to Resolve Disagreement Regarding Protected Information.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge