# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: August 22, 2006)**

* * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

## ORDER

The unopposed motion of Plaintiff Scott Technologies, Inc., doing business as Scott Health & Safety ("Scott"), filed on August 21, 2006, for leave to file a corrected version of its August 18, 2006 Reply in support of its Motion for Judgment on the Administrative Record and Injunctive Relief, is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge