IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSPIRO, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SCOTT TECHNOLOGIES, INC., d/b/a | ) | |
| SCOTT HEALTH & SAFETY, | ) | |
| | ) | No.06-425C |
| Plaintiffs, | ) | (Judge Firestone) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MINE SAFETY APPLIANCES CO., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED FORTY-PAGE REPLY BRIEF

Defendant, the United States, respectfully seeks leave to file a single reply of not more than 40 pages in support of our motion for judgment upon the administrative record. The Government would file this combined reply brief in lieu of separate briefs filed in response to plaintiffs', Interpiro, Inc. ("Interspiro") and Scott Technologies, Inc. ("Scott"), opposition to our motion. Counsel for Interspiro, Scott, and intervenor, Mine Safety Appliances Co., have advised us that they do not oppose our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL

JAMES CAINE
JOHN G. TERRA, MAJOR
United States Air Force

August 25, 2006