# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: August 29, 2006)**

* * * * * * * * * * * * * * * * *

**INTERSPIRO, INC.,**

**and**

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a/ SCOTT HEALTH & SAFETY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed August 25, 2006, for leave to file a single reply brief, not to exceed 40 pages, in support of its motion for judgment on the administrative record is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge