IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| INTERSPIRO, INC.,<br><br>and<br><br>SCOTT TECHNOLOGIES, INC.,<br>d/b/a/ SCOTT HEALTH & SAFETY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MINE SAFETY APPLIANCES CO.,<br><br>Defendant-Intervenor. | Civil Action No. 06-425C<br>(Judge Firestone)<br><br>Electronically Filed on August 31, 2006 |

**PLAINTIFF INTERSPIRO, INC.'S REPLY IN SUPPORT OF ITS MOTION TO RESOLVE DISAGREEMENT REGARDING PROTECTED INFORMATION**

In its Motion to Resolve Disagreement Regarding Protected Information dated August 11, 2006 ("Motion"), Plaintiff Interspiro, Inc. ("Interspiro") asked the Court to resolve a dispute with Defendant-Intervenor Mine Safety Appliances Co. ("MSA") about whether a two-page Notice of Filing dated August 2, 2006 ("Disputed Filing") contained protected information. Attached to Interspiro's Motion were both the Disputed Filing itself and MSA counsel's letter demanding that "everything contained in the body of the Notice of Filing, aside from the first paragraph, should be redacted." In its Motion, Interspiro documented that the information that MSA demanded to be redacted from the Disputed Filing was already public information.

Significantly, MSA's Response to Interspiro's Motion does not argue that any of the information in the Disputed Filing qualifies as "protected information" under the Court's Protective Order dated June 7, 2006. MSA's Response instead addresses a separate filing dated July 19, 2006, that was not the subject of Interspiro's Motion. See MSA's Response at 2 (stating incorrectly that "[a]t issue are redactions on five pages from Interspiro's Memorandum of Points and Authorities in Support of its Motion for Judgment on the Administrative Record filed on July 19, 2006").

MSA apparently either misunderstood Interspiro's Motion or simply had no response to Interspiro's argument that the Disputed Filing contains no protected information. In either event, nothing in MSA's Response puts into controversy that the Disputed Filing contains no protected information.

Dated: August 31, 2006

Respectfully Submitted,

David R. Hazelton, Esq. (Counsel of Record)
Joshua K. Chandler, Esq.
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Attorneys for Plaintiff Interspiro, Inc.

Of Counsel:
Kevin A. Russell, Esq.
Kyle R. Jefcoat, Esq.
David P. Palmer, Esq.
LATHAM & WATKINS LLP