# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: September 6, 2006)**

* * * * * * * * * * * * * * * * *
**INTERSPIRO, INC.,** *
*
**and** *
*
**SCOTT TECHNOLOGIES, INC.,** *
**d/b/a/ SCOTT HEALTH & SAFETY,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
**and,** *
*
**MINE SAFETY APPLIANCES CO.,** *
*
**Defendant-intervenor.** *
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant-intervenor Mine Safety Appliances Company's motion, filed September 1, 2006, for leave to file a sur-reply to Interspiro's Motion to resolve disagreement regarding protected information is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge