# In the United States Court of Federal Claims

**No. 06-425 C**

**INTERSPIRO, INC., AND SCOTT TECHNOLGIES, INC., d/b/a SCOTT HEALTH & SAFETY,**
**Plaintiffs,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MINE SAFETY APPLIANCES CO.,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion, filed September 11, 2006, denying plaintiffs' motions and granting the government's and defendant-intervenor's motions,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the government and defendant-intervenor. Each party shall bear their own costs.

Brian Bishop
Clerk of Court

**September 13, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.