AGREED-UPON REDACTED COPY – MAY BE MADE PUBLIC

**Electronically Filed on August 7, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

INTERSPIRO, INC.,

Plaintiff,

and

SCOTT TECHNOLOGIES, INC., d/b/a SCOTT HEALTH & SAFETY,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

MINE SAFETY APPLIANCES CO.,

Defendant-Intervenor.

No. 06-425C; No. 06-443C

Judge Firestone

**CONSOLIDATED**

~~**PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**~~

**DEFENDANT-INTERVENOR MINE SAFETY APPLIANCES COMPANY'S MOTION TO**
**SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant-Intervenor Mine Safety Appliances Co. ("MSA") respectfully requests that the Court issue an order supplementing the Administrative Record with the following two documents:

1) NIOSH Concept for Chemical, Biological, Radiological, and Nuclear (CBRN), Tight Fitting, Powered Air Purifying Respirator (PAPR), March 30, 2005 (Draft for Discussion) ("March 2005 Draft NIOSH Concept"); and

2) NIOSH Concept for Chemical, Biological, Radiological, and Nuclear (CBRN), Tight Fitting, Powered Air Purifying Respirator (PAPR), June 20, 2005 (Draft for Discussion) ("June 2005 Draft NIOSH Concept").

The Court should allow supplementation of the record with these two 2005 draft NIOSH Concepts because these documents were before the agency during the proposal evaluation and help explain the basis for awarding the contract. *See Cardinal Maint. Serv., Inc. v. United States*, 63 Fed. Cl. 98, 105 (2004). The RFP Purchase Description refers to an earlier, 2004 version of these draft Concepts. AR 44. The Purchase Description states that "[s]hould these existing standards be replaced by a newer numbered or titled standard, the most current standard shall always apply." AR 43. The two draft NIOSH Concepts above are newer versions of the 2004 draft Concept listed in the Purchase Description.

For the reasons set forth above, we respectfully request that the Court supplement the Administrative Record with the March 2005 Draft NIOSH Concept and the June 2005 Draft NIOSH Concept.

Respectfully Submitted,

Of Counsel:
Brian T. McLaughlin

s/ Thomas P. Humphrey, Esq.
Counsel of Record
Elizabeth W. Newsom, Esq.
Amy E. Laderberg, Esq.
Rebecca K. Lee, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

August 7, 2006

Counsel for Mine Safety Appliances Company

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of August, 2006, a copy of the foregoing Motion to Supplement the Administrative Record was filed electronically. This filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Courtesy service was also provided at the following addresses:

Rand L. Allen, Esq.
Daniel P. Graham, Esq.
Wiley, Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006

David R. Hazelton, Esq.
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

Dorie Finnerman, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530