**Electronically Filed on September 15, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| INTERSPIRO, INC.,<br>Plaintiff,<br>and<br>SCOTT TECHNOLOGIES, INC., d/b/a SCOTT HEALTH & SAFETY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant,<br>and<br>MINE SAFETY APPLIANCES CO.,<br>Defendant-Intervenor. | No. 06-425C; No. 06-443C<br>Judge Firestone<br>**CONSOLIDATED** |

**DEFENDANT-INTERVENOR MINE SAFETY APPLIANCES COMPANY'S NOTICE OF OBJECTION TO THE APPLICATION FOR ACCESS TO PROTECTED MATERIAL FOR RICHARD P. BRESS SUBMITTED BY INTERSPIRO, INC.**

Pursuant to the Paragraph 2(b) of the Protective Order entered in this case, Defendant-Intervenor, Mine Safety Appliance Company ("MSA") respectfully notifies the Court of its objection to the September 14, 2006 Application for Access to Protected Material for Richard P. Bress submitted by Interspiro, Inc.

Interspiro submitted Mr. Bress' application to the other parties for the first time on September 14, 2006, *after* judgment was entered in this case on September 13, 2006. Because this case is over, there is no need for anyone else to have access

to protected information. Providing access to yet another person can only increase the risk of inadvertent disclosure of protected information. Already, Interspiro has 8 representatives (7 attorneys and 1 consultant) who have been admitted access to protected information. Interspiro offered no reason or need for further admissions, and did not respond to MSA's request for such justification.

For the foregoing reasons, MSA respectfully objects to the Application for Access to Protected Material for Richard P. Bress submitted by Interspiro.

Respectfully Submitted,

s/ Thomas P. Humphrey, Esq.
Counsel of Record
Elizabeth W. Newsom, Esq.
Amy E. Laderberg, Esq.
Rebecca K. Lee, Esq.
Brian T. McLaughlin
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

September 15, 2006

Counsel for Mine Safety Appliances Company

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of September, 2006, the foregoing DEFENDANT-INTERVENOR MINE SAFETY APPLIANCES COMPANY'S NOTICE OF OBJECTION TO THE APPLICATION FOR ACCESS TO PROTECTED MATERIAL FOR RICHARD P. BRESS SUBMITTED BY INTERSPIRO, INC. was filed electronically. This filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Thomas P. Humphrey