**Electronically Filed on October 6, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| INTERSPIRO, INC., | |
| Plaintiff, | |
| and | |
| SCOTT TECHNOLOGIES, INC., d/b/a SCOTT HEALTH & SAFETY, | No. 06-425C; No. 06-443C |
| Plaintiff, | Judge Firestone |
| v. | **CONSOLIDATED** |
| UNITED STATES, | |
| Defendant, | |
| and | |
| MINE SAFETY APPLIANCES CO., | |
| Defendant-Intervenor. | |

**DEFENDANT-INTERVENOR MINE SAFETY APPLIANCES COMPANY'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE APPLICATION FOR ACCESS TO PROTECTED MATERIAL FOR RICHARD P. BRESS SUBMITTED BY INTERSPIRO, INC.**

Pursuant to the Paragraph 2(b) of the Protective Order entered in this case, Defendant-Intervenor, Mine Safety Appliance Company ("MSA") respectfully notifies the Court that it withdraws its objection to the September 14, 2006 Application for Access to Protected Material for Richard P. Bress submitted by Interspiro, Inc.

Respectfully Submitted,

s/ Thomas P. Humphrey, Esq.
Counsel of Record
Elizabeth W. Newsom, Esq.
Amy E. Laderberg, Esq.
Rebecca K. Lee, Esq.
Brian T. McLaughlin
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 628-5116

October 6, 2006

Counsel for Mine Safety Appliances Company

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of October 2006, the foregoing DEFENDANT-INTERVENOR MINE SAFETY APPLIANCES COMPANY'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE APPLICATION FOR ACCESS TO PROTECTED MATERIAL FOR RICHARD P. BRESS SUBMITTED BY INTERSPIRO, INC. was filed electronically. This filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Thomas P. Humphrey