065656

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
NOV 6 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **INTERSPIRO, INC.,**<br><br>**and**<br><br>**SCOTT TECHNOLOGIES, INC., d/b/a/ SCOTT HEALTH & SAFETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MINE SAFETY APPLIANCES CO.,**<br><br>**Defendant-Intervenor.** | **Civil Action No. 06-425C**<br>**(Judge Firestone)** |

**PLAINTIFF INTERSPIRO, INC.'S NOTICE OF APPEAL**

Notice is hereby given that plaintiff, Interspiro, Inc., appeals to the United States Court of Appeals for the Federal Circuit from the Court's final judgment of September 11, 2006 in the above-captioned case.

Dated: November 6, 2006

Respectfully Submitted,

David R. Hazelton, Esq. (Counsel of Record)
Joshua K. Chandler, Esq.
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Joshua.Chandler@lw.com

Attorneys for Plaintiff Interspiro, Inc.

Of Counsel:
Kevin A. Russell, Esq.
Kyle R. Jefcoat, Esq.
David P. Palmer, Esq.
LATHAM & WATKINS LLP

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2006, a copy of the foregoing Notice of Appeal was sent via hand delivery to:

Doris S. Finnerman
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

Rand L. Allen
Wiley, Rein & Fielding
1776 K Street, NW
Washington, DC 20006

Respectfully Submitted,

Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-1073
Fax: (202) 637-2306
Joshua.Chandler@lw.com