NOTE: This disposition is nonprecedential.

cfc

# United States Court of Appeals for the Federal Circuit

FILED
SEP 4 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5019

INTERSPIRO, INC.,

Plaintiff-Appellant,

and

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee,

and

MINE SAFETY APPLIANCES CO.,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 9/4/07

## Judgment

ON APPEAL from the **UNITED STATES COURT OF FEDERAL CLAIMS**

In CASE NO(S). **06-CV-425**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, BRYSON and MOORE, Circuit Judges).

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 11 2007
JAN HORBALY
CLERK

**AFFIRMED**. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED JUL 11 2007

[signature]

*Jan Horbaly, Clerk*

Issued as Mandate: SEP - 4 2007

COSTS:

Printing ........................ $ 202.40 + 889.28

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2007, the foregoing Bill of Costs of Defendant-Appellee Mine Safety Appliances Company was served by facsimile and U.S. Mail at the following addresses:

David R. Hazelton, Esq.
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

Timothy McIlmail
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

______________________

Mine Safety Appliances Co., Defendant-Appellee

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2007-5019

Caption: Interspiro, Inc. Plaintiff-Appellant v. United States, Defendant-Appellee, and Mine Safety Appliances Co., Defendant-Appellee

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT JUL 20 2007 JAN HORBALY CLERK

RECEIVED JUL 20 2007 United States Court of Appeals For The Federal Circuit

The Clerk is requested to tax the following costs against: Interspiro, Inc.

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 1 [1] | | 6.00 | | 6.00 |
| Table of Compilation of Designated Materials (copying and collating) | 2 [2] | 186 [3] | | 0.08 | | 29.76 |
| Brief (original) | xxxxx | 103 [4] | | 6.00 | | 618.00 |
| Brief (cover and binding) | 23 [5] | xxxxx | | 2.00 | | 46.00 |
| Brief (copying and collating) | 23 [5] | 103 [4] | | 0.08 | | 189.52 |
| Appendix (original - table of contents) | xxxxx | | | 6.00 | | N/A |
| Appendix (covers and binding) | | xxxxx | | 2.00 | | N/A |
| Appendix (copying and collating) | | | | 0.08 | | N/A |
| Reply Brief (original) | xxxxx | | | 6.00 | | N/A |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | N/A |
| Reply Brief (copying and collating) | | | | | | N/A |
| Other (describe): | | | | | | N/A |
| GRAND TOTALS | | | | | | $889.28 |

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 9/4/07

City/County of Washington ) District/State of Columbia

I, Elizabeth W. Newsom, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 7/20/07 Attorney for: Mine Safety Appliances Co.

**Notes to Bill of Costs of Defendant-Appellee Mine Safety Appliances Co. ("MSA")**

*Interspiro, Inc. v. United States and Mine Safety Appliances Co.*, No. 2007-5019

1 Correspondence dated December 19, 2006 containing MSA's designation of appendix materials

2 Original and 1 service copy (total of 2) of MSA's compilation of appendix materials pages A300601-786, served March 28, 2007

3 Number of pages in MSA's compilation of appendix materials, pages A300601-786

4 Total number of pages in MSA's Confidential brief, plus number of pages containing redacted information in MSA's Non-Confidential brief

5 16 copies of MSA's Confidential brief, 2 extra copies for an additional party, plus 5 copies of MSA's Nonconfidential brief (as permitted under Practice Note to FCR 39)

4138_1

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUL 20 2007
JAN HORBALY
CLERK

RECEIVED
JUL 20 2007
United States Court of Appeals
For The Federal Circuit

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2007-5019 Caption: INTERSPIRO, INC., v. UNITED STATES

The Clerk is requested to tax the following costs against: INTERSPIRO, Plaintiff-Appellant

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Totals Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 8 | 6.00 | 6.00 | 48.00 | 48.00 |
| Table or Compilation of Designated Materials (copying and collating) | 30 | 8 | 0.08 | 0.08 | 19.20 | 19.20 |
| Brief (original) | xxxxx | 68 | 6.00 | 6.00 | 408.00 | 408.00 |
| Brief (cover and binding) | 32 | xxxxx | 2.00 | 2.00 | 64.00 | 64.00 |
| Brief (copying and collating) | 30 | 68 | 0.08 | 0.08 | 163.20 | 163.20 |
| Appendix (original - table of contents) | xxxxx | xxxxx | 6.00 | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | xxxxx | xxxxx | 0.08 | 0.08 | | |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe): | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | 702.40 | 702.40 (S) |

City/County of Washington, District of Columbia

I, Timothy P. McIlmail, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: Leslie C. Ohta by Timothy P. McIlmail Date: 7.20.07 Attorney for: United States, Defendant-Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: [signature] Date: 9/4/07

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 20, 2007, I caused to be placed in the United States mail (first-class postage prepaid) the foregoing Bill Of Costs, addressed as follows:

David Rex Hazelton, Esq.
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
202-637-2254

Thomas P. Humphrey, Esq.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595
202-624-2500

Ena Goddard

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5019

INTERSPIRO, INC.,

Plaintiff-Appellant,

and

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY,

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee,

and

MINE SAFETY APPLIANCES CO.,

Defendant-Appellee.

David R. Hazelton, Lathan & Watkins LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Joshua K. Chandler.

Timothy P. McIlmail, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director, and Leslie Cayer Ohta, Attorney. Of counsel was John G. Terra, Attorney, Air Force Legal Services Agency, United States Air Force, of Arlington, Virginia.

Thomas P. Humphrey, Crowell & Moring, LLP, of Washington, DC, argued for defendant-appellee, Mine Safety Appliances Co. With him on the brief were Elizabeth W. Newsom, Amy Laderberg O'Sullivan, and Rebecca K. Lee.

Appealed from: United States Court of Federal Claims

Judge Nancy B. Firestone

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 9/4/07